IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DELONTA MCKNIGHT<br><br>                  Defendant. | 8:18CR315<br><br>ORDER |

This matter is before the court the Defendant's Unopposed Motion to Continue Trial [44]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted.  Accordingly

    **IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [44] is granted, as follows:

1. The jury trial, now set for September 29, 2020, is continued to **January 12, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 12, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED:  September 24, 2020.**

                                                 BY THE COURT:

                                                 s/Susan M. Bazis
                                                 United States Magistrate Judge